**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

NICKALUS ERIK PETERSON,

                    Movant,

      v.

UNITED STATES OF AMERICA,

                Respondent.

Civil No. 19-00628-CV-W-SRB
Crim. No. 09-00258-01-CR-W-ODS

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, Bruce Rhoades, Assistant United States Attorney, and enters his appearance as an attorney for the United States of America in the above-referenced case.

                Respectfully submitted,

                Timothy A. Garrison
                United States Attorney

      By    */s/ Bruce Rhoades*

                Bruce Rhoades
                Assistant United States Attorney
                Narcotics & Violent Crimes Unit

                Charles Evans Whittaker Courthouse
                400 East Ninth Street, Suite 5510
                Kansas City, Missouri  64106
                Telephone:  (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 12, 2019, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record and by United States Postal Mail:

Nickalus Erik Peterson
21616-045
USP Marion
PO Box 1000
Marion, IL 62959

*/s/ Bruce Rhoades*
Bruce Rhoades
Assistant United States Attorney